STATE OF ILLINOIS
SUPREME COURT

At a Term of the Supreme Court, begun and held in Springfield, on Monday, the 14th day of September, 2020.

Present: Anne M. Burke, Chief Justice
Justice Thomas L. Kilbride          Justice Rita B. Garman
Justice Lloyd A. Karmeier           Justice Mary Jane Theis
Justice P. Scott Neville, Jr.       Justice Michael J. Burke

---

On the 21st day of September, 2020, the Supreme Court entered the following judgment:

M.R.030404

In re:

Paula McKemie Newcomb.

Attorney Registration & Disciplinary Commission

2018PR00094

Petition by the Administrator of the Attorney Registration and Disciplinary Commission for leave to file exceptions to the report and recommendation of the Review Board. <u>Allowed</u>. Respondent Paula McKemie Newcomb is suspended from the practice of law for eighteen (18) months, with the suspension stayed after nine (9) months by a nine (9) month period of probation, subject to the following conditions:

a. Prior to the end of the suspension period, respondent shall successfully complete the ARDC Professionalism Seminar;

b. Respondent's practice of law during probation shall be supervised by a licensed attorney. Prior to the end of the suspension period, respondent shall notify the Administrator, in writing, of the name and address of the supervising attorney. Respondent shall provide notice to the Administrator of any change in supervising attorney within fourteen (14) days of the change;

c. As part of respondent's work with the supervising attorney, respondent shall establish and utilize the following:

   i. a system for maintaining records as required by Supreme Court Rule 769;

   ii. a diary and docketing system;

   iii. a system by which telephone messages are recorded and telephone calls are returned in a timely manner; and

   iv. a system by which client requests regarding the status of their legal matters are answered, either orally or in writing, in a timely manner;

d. Respondent shall authorize the supervising attorney to:

   i. disclose to the Administrator on a quarterly basis, by way of signed reports, information pertaining to the nature of respondent's compliance with the above described conditions;

   ii. promptly report to the Administrator respondent's failure to comply with any part of the above-described conditions; and

   iii. respond to any inquiries by the Administrator regarding respondent's compliance with the above-described conditions;

e. Respondent shall attend meetings as scheduled by the Commission probation officer. Respondent shall submit quarterly written reports to the Commission probation officer concerning the status of her practice of law, a list of all matters she handled during the respective quarter and the nature and extent of her compliance with the conditions of probation;

f. Respondent shall notify the Administrator within fourteen (14) days of any change of address;

g. Respondent shall comply with the provisions of Article VII of the Illinois Supreme Court Rules on Admission and Discipline of Attorneys and the Illinois Rules of Professional Conduct and shall timely cooperate with the Administrator in providing information regarding any investigations relating to her conduct;

h. Respondent shall reimburse the Commission for the costs of this proceeding as defined in Supreme Court Rule 773 and shall reimburse the Commission for any further costs incurred during the period of probation;

i. At least thirty (30) days prior to the termination of the period of probation, respondent shall reimburse the Client Protection Program Trust Fund for any Client Protection payments arising from her conduct;

j. Probation shall be revoked if respondent is found to have violated any of the terms of probation. The remaining nine (9) month suspension shall commence from the date of the determination that any term of probation has been violated; and

k. If respondent successfully completes the terms of probation, probation will terminate without further order of the Court.

Suspension effective October 13, 2020.

As Clerk of the Supreme Court of the State of Illinois and keeper of the records, files and Seal thereof, I certify that the foregoing is a true copy of the final order entered in this case.



IN TESTIMONY WHEREOF, I have set my hand and affixed the seal of said Supreme Court, in Springfield, in said State, this 21st day of September, 2020.

*Carolyn Taft Grosboll*, Clerk,
Supreme Court of the State of Illinois