# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

IN RE:

Paula M. Newcomb
503 Public Square
Benton, IL 62812

an attorney,

Case Number:  3:20-mc-00065-NJR

## NOTICE

A copy of an Order of the Supreme Court of the State of Illinois, dated September 21, 2020, suspending you from the practice of law for eighteen (18) months, with the suspension stayed after nine (9) months by a nine (9) month period of probation, effective October 13, 2020, has been received and filed in this Court.  Pursuant to Southern District of Illinois Local Rule 83.3(c)(2),

IT IS ORDERED that you show cause, within **30 days** after service of this Notice, why the imposition of similar discipline by this Court, consisting of suspension from the practice of law in this Court until further order of the Court, would be unwarranted.  If you fail to respond, this Court will impose similar discipline.

Dated: October 7, 2020

BY ORDER OF THE COURT

MARGARET M. ROBERTIE
Clerk of the Court